JOSEPHINE MAROTTA, Appellant, v. GIACOMO MAROTTA, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

MAX MENCHER, as a Stockholder of the EMPIRE TITLE & GUARANTEE COMPANY, Suing on Behalf of Himself and All Others Similarly Situated, Appellant, v. EDWARD A. RICHARDS, PAUL PAULSON, CHARLES H. OHLAU and the EMPIRE TITLE & GUARANTEE COMPANY, Respondents, and Others, Defendants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 925.] The following question is certified: Was an examination before trial of the defendant Empire Title & Guarantee Company, a moneyed corporation, as to items 9, 10, 11, 12, 13, 18, 19, 20, 21 and 22, and of the individual defendants Richards, Paulson and Ohlau, directors of a moneyed corporation, as to items 2, 3, 4, 5, 6, 11, 12, 13, 14 and 15, set forth in plaintiff's notices of motion, properly denied as a matter of law? Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

A. GORDON MURRAY and GRACE H. MURRAY, Appellants, v. THE DIME SAVINGS BANK OF BROOKLYN, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

SOPHIE OHMACHT, Respondent, v. BERTHA WITSON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

RAMOT REALTY CORPORATION, Respondent, v. MANETTO HOLDING CORPORATION and Others, Appellants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted on condition that within ten days after the entry of the order hereon appellants file an undertaking in the sum of $5,000, with corporate surety, conditioned for the payment of additional taxes, penalties and interest thereon, and costs, in the event appellants be not granted leave to appeal or in the event appellants do not prevail. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

JAMES R. ROWE, Appellant, v. QUEENS BOROUGH GAS & ELECTRIC COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

ITALIANA SARTORI, an Infant under the Age of 14 Years, by FRANK SARTORI, Her Guardian ad Litem, and Another, Respondents, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.